IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| VICTOR LUCKY,<br><br>       Petitioner<br><br>       VS.<br><br>STEPHEN UPTON,<br><br>       Respondent | NO. 5:06-CV-383 (CAR)<br><br>BEFORE THE U. S. MAGISTRATE JUDGE |

# ORDER OF TRANSFER

Petitioner **VICTOR LUCKY**, an inmate at Johnson State Prison in Wrightsville, Georgia, has filed the above-captioned 28 U.S.C. § 2254 proceeding in this Court challenging his conviction in the Superior Court of Fulton County, Georgia. Fulton County is located in the Northern District of Georgia.

28 U.S.C. § 2241(d) permits a state prisoner's habeas petition to be filed in the district within which the prisoner was convicted or in the district within which the prisoner is confined and further permits discretionary transfer by the Court from one such district to the other. It is the long-standing policy and practice of the United States District Courts for the Middle, Northern, and Southern Districts of Georgia to cause all such petitions to be filed in, or transferred to, the district within which the state prisoner was convicted. Adherence to this practice and policy results in each district court considering habeas matters coming only from state courts within its jurisdiction and in an equitable distribution of habeas cases between the districts of this State.

Consistent with this policy and practice, the subject state prisoner's habeas corpus petition is hereby **TRANSFERRED** to the **NORTHERN DISTRICT OF GEORGIA** along with all orders, motions, affidavits, pleadings, and exhibits (if any) filed herein for further proceedings under § 2254.

**SO ORDERED**, this 15th day of NOVEMBER, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE